DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JIMMIE ERNEST GLOVER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1909

[August 27, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael Linn, Judge; L.T. Case No. 2014CF000591 A.

Jimmie Ernest Glover, Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State,* No. SC2025-0708, 2025 WL 1561151 (Fla. June 3, 2025), cert. denied sub nom. *Wainwright v. Florida,* No. 24-7365, 2025 WL 1621505 (U.S. June 9, 2025) (holding that even if *Erlinger v. United States,* 602 U.S. 821 (2024), constitutes a change of law, it does not apply retroactively).

MAY, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***